IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



CHAQUITA RUMBLE,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:13cv500

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

## ORDER

    Before the Court is Plaintiff Chaquita Rumble's action under 42 U.S.C. § 405(g), brought on behalf of her minor son, Q.J.D., seeking judicial review of the decision of the Commissioner of the Social Security Administration ("Commissioner") that denied her claim for a period of disability, disability insurance benefits and supplemental security income under the Social Security Act. On November 25, 2013, this matter was referred to United States Magistrate Judge Tommy E. Miller ("Magistrate Judge Miller") pursuant to 28 U.S.C. § 636(b)(1)(B), (C) and Rule 72(b) of the Federal Rules of Civil Procedure for a report and recommendation.

    On June 18, 2014, Magistrate Judge Miller filed his report construing Plaintiff's response, ECF No. 11, as a motion for summary judgment, recommending that the motion be denied, and further recommending that the Commissioner's motion for summary judgment, ECF No. 12, be granted, and that the decision of the Commissioner be affirmed. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within 14 days from the date of the mailing of the report.

The Court has received no objections to the report, and the time for filing the same has expired. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation omitted). Finding no clear error, the Court does hereby accept the findings and recommendations set forth in the report and recommendations of Magistrate Judge Miller. Defendant's Motion for Summary Judgment is **GRANTED**, ECF No. 12, and Plaintiff's Motion for Summary Judgment is **DENIED**, ECF No. 11. The decision of the Commissioner is **AFFIRMED**.

The Clerk is **DIRECTED** to provide a copy of this Order to both parties.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
July 23, 2014

2